PHILIP M. MILLER (SBN 87877)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PACIFIC MARINE MAINTENANCE CO.,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMOTIVE INDUSTRIES PENSION PLAN,<br><br>Defendant. | Case No.:  C 07-4584 MMC<br><br>ORDER AND JUDGMENT RE MOTION OF DEFENDANT AUTOMOTIVE INDUSTRIES PENSION PLAN TO DISMISS (Fed. R. Civ. P. 12(b)(6))<br><br>Date: December 7, 2007<br>Time: 9:00 a.m.<br>Court room: 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

The Court holds that Plaintiff PMMC cannot state a claim under ERISA § 4301 to enjoin interim withdrawal liability payments during review and arbitration of a determination by Defendant Automotive Industries Pension Plan under ERISA §§ 4201 though 4219. *Galgay v. Beaverbrook Coal Co.*, 105, F.3d 137, 140 (3rd Cir. 1997). Moreover, even if there is an exception to the requirement of interim installment payments, it is limited to cases in which no colorable claim and irreparable harm exist. *Trustees of the Chicago Truck Drivers, Etc. v. Central Transport*, 935 F.2d 114, 118-119 (7th Cir. 1991); *Galgay*, 105 F.3d at 140. The pleadings in this motion establish a colorable claim by the Plan for withdrawal liability. Further, Plaintiff's allegation that it will be hampered in its business expansion does not plead the type of irreparable harm required to relieve it of the duty to make interim installment payments during review of its

position by the Plan and, if necessary, arbitration. *Giroux Bros. Transportation v. New England Teamsters & Trucking Industry Pension Fund*, 73 F.3d 1, 4-5 (1st Cir. 1996). This action to enjoin interim installment payments is dismissed, with prejudice. This order and judgment will not preclude an action in the future by Plaintiff for judicial review of any adverse decision in arbitration. The Court awards to Defendant Plan reimbursement of its reasonable attorneys' fees and costs, according to proof under ERISA § 4301(e), 29 U.S.C. § 1451(e). The Plan shall file an application with proof of its reasonable attorneys' fees and costs within twenty-one days of this order and judgment.

Date: _____        _____
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

I, the undersigned, declare:

    I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

    On October 25, 2007, I served the following document on the parties to this action, in the manner described below:

**ORDER AND JUDGMENT RE MOTION OF DEFENDANT AUTOMOTIVE INDUSTRIES PENSION PLAN TO DISMISS (Fed. R. Civ. P. 12(b)(6))**

XX  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

___  **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___  **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

___  **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

Robert P. Kristoff
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA 94105

Ethan Lipsig
Caroline Lee Elkin
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of October, 2007 at San Francisco, California.

*/s/ Julie Jellen*
Julie Jellen

ORDER AND JUDGMENT RE
MOTION OF DEFENDANT TO DISMISS
Case No.: C 07-4584 MMC

P:\CLIENTS\AUTPF\CASES\PMMC\PLEADINGS\Motion to Dismiss-ORDER 102407.doc