ROBERT P. KRISTOFF (Cal. State Bar No. 90874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: bobkristoff@paulhastings.com

ETHAN LIPSIG (Cal. State Bar No. 61916)
CAROLINE LEE ELKIN (Cal. State Bar No. 209156)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
E-mail: ethanlipsig@paulhastings.com

Attorneys for Plaintiff,
Pacific Marine Maintenance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC MARINE MAINTENANCE CO.,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMOTIVE INDUSTRIES PENSION PLAN,<br><br>Defendant. | CASE NO. C-07-4584 MMC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON** |

PLEASE TAKE NOTICE THAT Plaintiff Pacific Marine Maintenance Company, by and through its undersigned counsel, hereby dismisses without prejudice Automotive Industries Pension Plan as a defendant in this action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: November 12, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ETHAN LIPSIG
ROBERT P. KRISTOFF
CAROLINE L. ELKIN

By: _____/s/_____
ROBERT P. KRISTOFF
Attorneys for Plaintiff
Pacific Marine Maintenance Company

### ORDER

IT IS HEREBY ORDERED that this action be dismissed in its entirety without prejudice.

DATED: _____
HON. MAXINE M. CHESNEY
Judge, United States District Court