1  ROBERT P. KRISTOFF (Cal. State Bar No. 90874)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street, 24th Floor
   San Francisco, California 94105
3  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
4  E-mail: bobkristoff@paulhastings.com

5  ETHAN LIPSIG (Cal. State Bar No. 61916)
   CAROLINE LEE ELKIN (Cal. State Bar No. 209156)
6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor
7  Los Angeles, California 90071
   Telephone: (213) 683-6000
8  Facsimile: (213) 627-0705
   E-mail: ethanlipsig@paulhastings.com

9
   Attorneys for Plaintiff,
10 Pacific Marine Maintenance Company

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14

15 | PACIFIC MARINE MAINTENANCE CO.,           | CASE NO. C-07-4584 MMC
16 |                                            | **NOTICE OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON**
17 |              Plaintiff,                    |
18 |       v.                                   |
19 | AUTOMOTIVE INDUSTRIES PENSION PLAN,        |
20 |              Defendant.                    |

LEGAL_US_W # 57535863.1

NOTICE OF DISMISSAL AND
[PROPOSED] ORDER THEREON

1      PLEASE TAKE NOTICE THAT Plaintiff Pacific Marine Maintenance Company,
2  by and through its undersigned counsel, hereby dismisses without prejudice Automotive
3  Industries Pension Plan as a defendant in this action, pursuant to Rule 41(a) of the Federal
4  Rules of Civil Procedure.

DATED: November 12, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    ETHAN LIPSIG
    ROBERT P. KRISTOFF
    CAROLINE L. ELKIN


By: _____/s/_____
    ROBERT P. KRISTOFF
Attorneys for Plaintiff
Pacific Marine Maintenance Company


## ORDER

IT IS HEREBY ORDERED that this action be dismissed in its entirety without prejudice.

DATED: November 14, 2007                                                                   _____
                                                                   HON. MAXINE M. CHESNEY
                                                                    Judge, United States District Court